UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-01413-MCS-AGR | Date | May 1, 2023 |
| Title | Suzanne M. Curtis v. Transamerica Premier Life Insurance Company et al | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Suzanne M. Curtis, pro se | Misty A. Murray |

**Proceedings: Motion to Remand Case to Los Angeles Superior Court (ECF No. 16) and Motion to Dismiss Plaintiff's Complaint (ECF No. 15)**

The motion hearing is held. Counsel address the Court. The Court takes the Motions UNDER SUBMISSION and a ruling will be issued.

IT IS SO ORDERED.